

**IN THE**
**TENTH COURT OF APPEALS**

_____

**No. 10-17-00122-CV**

**IN RE CAROLYN BARNES**

_____

**Original Proceeding**

---

**MEMORANDUM OPINION**

---

Relator Carolyn Barnes's petition for writ of mandamus is denied.


REX D. DAVIS
Justice

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Petition denied
Opinion delivered and filed April 19, 2017
[OT06]